1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tianhai Lace USA, Inc., | Case No. CV 19-00323-AB (PJWx) |
| Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| Forever 21, Inc., et al., | |
| Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: May 7, 2019    _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE