# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIANHAI LACE USA, INC., | Case No.: 2:19-cv-00323 AB (PJWx) |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL OF ACTION** |
| FOREVER 21, INC., et al., | |
| Defendants. | |

Upon review of the Stipulation for Dismissal of Action and finding the relief requested appropriate,

IT IS ORDERED that the above-referenced action is dismissed in its entirety, with prejudice, and that this court shall retain jurisdiction over any disputes relating to the settlement agreement reached in this matter.

Each party is to bear its own costs and attorneys' fees incurred in this Action.

**IT IS SO ORDERED:**

Dated: June 25, 2019

_____
HONORABLE ANDRÉ BIROTTE JR.
United States District Court Judge